

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAAC PETITE,<br><br>Defendant. | Case No. -2:17-mj-00004-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ISAAC PETITE__, Case No. _-2:17-mj-00004-KJN_ from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $   __25,000.00__

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other):

Issued at Sacramento, California on January 06, 2017 __2:45 p.m.__

By: _____

Magistrate Judge Kendall J. Newman